Michael W. Heflin
C/O Hancock Co Jail
8450 US-90
Bay St Louis MS 39520

pro-se

U.S District Court
2012 15th St. Suite 403
Gulfport, MS 39501

GULFPORT MS 395
11 JUN 2018 PM 2 L

Hancock County Public Safety Complex
This letter is being mailed by an inmate of this facility.
The Administration has not reviewed the contents.

RECEIVED
JUN 12 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

RECEIVED
JUN 18 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

39501$2036